STROTHER
LAW FIRM

JUSTIN STROTHER
PARTNER
P.O. BOX 66294
HOUSTON, TEXAS 77266
DIRECT 713 545 4937

JSTROTHER@STROTHERLAWFIRM.COM

21 January 2019

Honorable Ewing Werlein, Jr.
United States District Court
515 Rusk, Room 11521
Houston, Texas 77002

RE: Civil Action No. 4:18-cv-01552; *Preston Wood & Associates, LLC vs. Zenith Urban Homes, LLC, et al.*; in the United States District Court for the Southern District of Texas Houston Division

To the Honorable Judge Ewing Werlein, Jr.:

I write to inform the court and counsel of record that I will be on family vacation the week of March 11, 2019. While neither the Southern District's local rules nor this Court's published procedures reference the designation of attorney vacation, I respectfully request that no hearings, conferences, or deadlines be set during that week. I sincerely appreciate the consideration.

Yours truly,

Justin Strother

CC: All Counsel of Record
    *via e-mail*